# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph P. Allen, IV<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Brown Advisory, LLC *et al.*<br><br>　　　　　　Defendants. | Civil Action No.: |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS BY NON-PARTY DR. ERIC Y. DROGIN

Defendants Brown Advisory, LLC and Brown Investment Advisory & Trust Company ("Brown Advisory"), by and through their undersigned counsel, hereby move this Honorable Court for an Order compelling non-party Dr. Eric Y. Drogin ("Dr. Drogin") to produce all documents in his custody, possession or control responsive to a subpoena *duces tecum* served in this jurisdiction in connection with an action pending in the United States District Court for the Southern District of Indiana (Indianapolis Division) styled as *Joseph P. Allen, IV v. Brown Advisory, LLC, et al.*, Case No. 1:19-cv-4160-RLY-DLP ("Subpoena"). Despite good faith attempts to resolve the dispute, Dr. Drogin has refused to produce any documents responsive to the Subpoena based on his improper and insufficient objections. For the reasons herein and in Brown Advisory's corresponding Memorandum in Support, the Court should grant the instant motion and enforce the Subpoena.

WHEREFORE, Brown Advisory respectfully requests that the Court grant the instant motion and compel Dr. Drogin to produce all responsive documents in his custody, possession, or control within fourteen days of entry of an Order.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully Submitted

*/s/Jennifer Itzkoff*
_____

WOMBLE BOND DICKINSON (US) LLP
Jennifer Itzkoff (BBO #: 675694)
470 Atlantic Ave
Suite 600
Boston, Massachusetts 02210
Tel. (857) 287-3142
Fax (857) 302-6846
Jennifer.Itzkoff@wbd-us.com

David B. Hamilton (*Pro Hac Vice Pending*)
Hillary V. Colonna (*Pro Hac Vice Pending*)
100 Light Street, 26th Floor
Baltimore, Maryland 21202
Tel. (410) 545-5850
Fax (443) 769-1516
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

*Counsel for Defendants Brown Advisory, LLC and Brown Investment Advisory & Trust Co.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 15, 2020, the foregoing document and exhibits thereto were filed with the Court's CM/ECF system and was served, via first-class mail, postage-prepaid and electronic mail upon the following individuals:

Brian W. Welch
Briana L. Clark
Elizabeth S. Traylor
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Brian.welch@dentons.com
Briana.clark@dentons.com
Elizabeth.traylor@dentons.com

*Counsel for Non-Party Dr. Eric Y. Drogin*

                                                                */s/Jennifer Itzkoff*
                                                                Jennifer Itzkoff